DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York
By: TARA SCHWARTZ
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2633
E-mail: tara.schwartz@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
| | | |
|---|---|---|
| IN RE: | : | APPLICATION FOR AN |
| | : | *EX PARTE* ORDER PURSUANT |
| LETTER ROGATORY FOR | : | TO 28 U.S.C. § 1782(a) |
| INTERNATIONAL JUDICIAL | : | |
| ASSISTANCE FROM THE TWELFTH | : | |
| CIVIL COURT OF ORAL PROCEEDINGS | : | M 93 |
| MEXICO CITY, MEXICO, IN THE | : | |
| MATTER OF WORLDWIDE SHIPPING | : | 22-mc-173 |
| TRANSPORTATION, S.A. DE C.V. v. | : | |
| BANCO NACIONAL DE MEXICO S.A. | : | |
| INTEGRANTE DEL GRUPO | : | |
| FINANCIERO BANAMEX | : | |

-------------------------------------------------------x

Upon the accompanying declaration of Tara Schwartz, executed on June 28, 2022 the United States of America, by its attorney, Damian Williams, United States Attorney for the Southern District of New York, petitions this Court for an order pursuant to 28 U.S.C. § 1782(a), appointing Tara Schwartz, Assistant United States Attorney, as Commissioner for the purpose of obtaining information as requested by a letter rogatory for International Judicial Assistance from the Twelfth Civil Court of Oral Proceedings in Mexico City, Mexico, seeking information from Deutsche Bank, in New York, New York, in connection with a proceeding pending in that court captioned "Worldwide Shipping Transportation, S.A. de C.V. v. Banco Nacional de Mexico S.A. Integrante del Grupo Financiero Banamex."

Dated: New York, New York
June 28, 2022

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney for the
    Southern District of New York

By:    */s/ Tara Schwartz*
    TARA SCHWARTZ
    Assistant United States Attorney
    86 Chambers Street, 3rd Floor
    New York, New York 10007
    Tel: (212) 637-2633
    Email: tara.schwartz@usdoj.gov