# Exhibit A

 

# RELACIONES EXTERIORES | MÉXICO
SECRETARÍA DE RELACIONES EXTERIORES | EMBAJADA EN ESTADOS UNIDOS

Washington, DC.
May 24, 2022
EUA01999
Embassy file: SRE.03S.04.02/2022-013

**Ms. Jeanne Davidson,**
**Director Civil Division, Office of International Judicial Assistance,**
**U.S. Department of Justice**
**1100 L Street, NW Room 8100**
**Washington, D.C.  20530.**

Dear Ms. Davidson,

Pursuant to Articles 2, 3 and 9 of the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, and Article 87 of the Regulations of the Mexican Foreign Service Law, the undersigned would like to submit the enclosed letter of request for judicial assistance, from the Honorable Luz Edith Verlarde Bernal, Interim Twelfth Civil Judge for Oral Proceedings in Mexico City, to the Competent Authority in New York City, New York. This letter was issued as part of Oral Mercantile Proceedings filed by Worldwide Shipping Transportation, S.A. de C.V. (now Soulistic Group Herz, S.A. de C.V.), against Banco Nacional de México, S.A. Integrante del Grupo Finenciero BANAMEX, file number 147/2020.

The Mexican Authority kindly requests your assistance to obtain from the legal representative of Deutshe Bank Trust Company Americas, located at 60 Wall Street, New York City, New York, 10005, a statement or report providing the reason why it cancelled and voided the international wire transfer initiated on November 15, 2018, from account number ▓▓▓0833. Said transfer, in the amount of $5,000.00 (FIVE THOUSAND 00/100) US dollars, was initiated through the SWIFT system, and its reference number is C192882OCP111518.

The Honorable Luz Edith Verlarde Bernal, Interim Twelfth Civil Judge for Oral Proceedings in Mexico City, has provided the originals of the letter of request, which summarize the facts in the case, its translation to the English language, and the related documents from the file (and one additional copy).

JUN - 6 2022
189-1-22-14

1911 Pennsylvania Ave NW, Washington DC 20006
Tels.: +1 (202) 728 - 1600   https://embamex.sre.gob.mx/eua

2022 Flores Magón

 

The Honorable Luz Edith Verlarde Bernal, Interim Twelfth Civil Judge for Oral Proceedings in Mexico City, assures reciprocity in analogous cases, in recognition of the assistance that the proper authority may provide.

I thank you in advance for your kind attention to this matter.

Sincerely,

Guillaume Michel
Head of the Legal Affairs Section


/AHF





## RELACIONES EXTERIORES | MÉXICO
SECRETARÍA DE RELACIONES EXTERIORES | EMBAJADA EN ESTADOS UNIDOS

### REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE PURSUANT TO THE HAGUE CONVENTION OF 18 MARCH 1970 ON THE TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS

**1)** **Sender**

**Name:** Honorable Luz Edith Verlarde Bernal, Interim Twelfth Civil Judge for Oral Proceedings in Mexico City, Mexico.

**Address:** Please forward all official communiqués to the Embassy of Mexico: 1911 Pennsylvania Ave. NW, Washington, D.C.  20006. Tel. (202) 728-1678.

**2) Central Authority of the Requesting State**

**Name**: Bertha Sánchez Miranda, Director of International Judicial Assistance, Office of Legal Affairs, Mexican Ministry of Foreign Affairs.

**Address**: Plaza Juárez No. 20, 5th floor, Col. Centro, C.P. 06010, Ciudad de Mexico.

**3)** **Person to whom the executed request is to be returned:**

**Name**: Esteban Moctezuma Barragán, Ambassador.
**Address**: Embassy of Mexico, 1911 Pennsylvania Ave. NW, Washington DC, 20006, Suite 002, Tel. (202) 728-1678.

**4)** **Central Authority of the Requested State**

**Name**: Jeanne Davidson, Director, Civil Division, Office of International Judicial Assistance.

**Address**: U.S. Department of Justice, 1100 L Street, NW, Room 8100, Washington, D.C. 20530.

**5)** **In conformity with Article 3 of the Convention, the undersigned applicant has the honor to submit the following request:**

**6)** **(a) Requesting Judicial Authority (Article 3a)**

**Name:** Honorable Luz Edith Verlarde Bernal, Interim Twelfth Civil Judge for Oral Proceedings in Mexico City.

 

**RELACIONES EXTERIORES** | **MÉXICO**

**Address:**     Please forward all official communiqués to the Embassy of Mexico:
1911 Pennsylvania Ave. NW, Washington, D.C.  20006. Tel. (202) 728-1678.

**(b) To the Competent Judge and/or (Article 3a) Competent Authority in New York City, New York.**

7)     **Names and addresses of the parties and their representatives (Article 3b)**

(a)     **Plaintiff**:

**Name**:     Worldwide Shipping Transportation, S.A. de C.V. (now Soulistic Group Herz, S.A. de C.V.)
**Address**:
**Attorney in fact**:

(b)     **Defendants**:

**Name**:     Banco Nacional de México, S.A. Integrante del Grupo Finenciero BANAMEX
**Address**:     Please forward all official communiqués to the Embassy of Mexico:
1911 Pennsylvania Ave. NW, Washington, D.C.  20006. Tel. (202) 728-1678.

8)     **Nature and purpose of the proceedings and summary of the facts (Article 3c)**

This letter was issued as part of Oral Mercantile Proceedings filed by Worldwide Shipping Transportation, S.A. de C.V. (now Soulistic Group Herz, S.A. de C.V.), against Banco Nacional de México, S.A. Integrante del Grupo Finenciero BANAMEX, file number 147/2020. In this case, the petitioner requests that the Competent Authority in New York City, New York provide judicial assistance to obtain from the legal representative of Deutshe Bank Trust Company Americas, located at 60 Wall Street, New York City, New York, 10005, a statement or report providing the reason why it cancelled and voided the international wire transfer initiated on November 15, 2018, from account number ███0833. Said transfer, in the amount of $5,000.00 (FIVE THOUSAND 00/100) US dollars, was initiated through the SWIFT system, and its reference number is C192882OCP111518.



2022 Flores Magón

 

**9)      Evidence to be obtained or other judicial act to be performed**

Judicial assistance requested to obtain from the legal representative of Deutshe Bank Trust Company Americas, located at 60 Wall Street, New York City, New York, 10005, a statement or report providing the reason why it cancelled and voided the international wire transfer initiated on November 15, 2018, from account number ____0833. Said transfer, in the amount of $5,000.00 (FIVE THOUSAND 00/100) US dollars, was initiated through the SWIFT system, and its reference number is C192882OCP111518.

**10)     Identity and address of any person to be examined (Article 3e)**

**11)     Special methods or procedures to be followed (Article 3(I) and 9)**

The Interim Twelfth Civil Judge for Oral Proceedings in Mexico City, requests that the international letter of request enclosed, with its translation into English, be forwarded to the Competent Authority in New York City, New York, to ask that the requested information be forwarded to the U.S. Department of Justice, which shall, in turn, send it back to this Embassy for the execution of the international request for judicial assistance.

**12)     The fees and costs incurred, which are reimbursable under the second paragraph of Article 14 of the Convention, will be borne by:**

The parties:   Please notify the Embassy of Mexico, at 1911 Pennsylvania Ave. NW, Washington, D.C.  20006. Tel. (202) 728-1678, of any fee and/or costs incurred.

**Reciprocity**

The Honorable Luz Edith Verlarde Bernal, Interim Twelfth Civil Judge for Oral Proceedings in Mexico City, Mexico, assures reciprocity in analogous cases, in recognition of the judicial assistance provided.

Signed in Washington, D.C., on May 24, 2022.

Guillaume Michel
Head of the Legal Affairs Section



*Model for Letters of Request recommended for use in applying the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters*

**Request for International Judicial Assistance pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters**

*N.B. Under the first paragraph of Article 4, the Letter of Request shall be in the language of the authority requested to execute it or be accompanied by a translation into that language. However, the provisions of the second and third paragraphs may permit use of English, French or another language.*

*In order to avoid confusion, please spell out the name of the month in each date.*

*Please fill out an original and one copy of this form (use additional space if required).*

| | | |
|---|---|---|
| 1. | Sender | (Twelfth Civil Court Of Oral Proceedings In Mexico City.) Adress: Av. Patriotismo ·230, Piso 8, Colonia San Pedro de los Pinos, Alcaldía Benito Juárez, Mexico City, C.P. 03800. |
| 2. | Central Authority of the Requested State | Judicial Assistance Officer U.S. Department Of State OPfficce Of Legal Affairs (CA/OCS/L) SA-17 10th Floor 2201 C Street, NW, Whashington, D.C. 20522-1710 |
| 3. | Person to whom the executed request is to be returned | To the Twelfth Civil Court Of Oral Proceedings In Mexico City through the Ministry of Foreign Affairs of Mexico |

4. Specification of the date by which the requesting authority requires receipt of the response to the Letter of Request

Date

> Before May 5, 2022

Reason for urgency*

> On May 5, 2022 will be held a hearing motion to produce this piece of evidence in open court.

---

* Omit if not applicable.



IN CONFORMITY WITH ARTICLE 3 OF THE CONVENTION, THE UNDERSIGNED
APPLICANT HAS THE HONOUR TO SUBMIT THE FOLLOWING REQUEST:

| | | | |
|---|---|---|---|
| 5. | a | Requesting judicial authority (Article 3,*a*)) | Twelfth Civil Court Of Oral Proceedings In Mexico City. (Juzgado 12º Oral en Materia Civil en la Ciudad de México) Adress: Av. Patriotismo ·230, Piso 8, Colonia San Pedro de los Pinos, Alcaldía Benito Juárez, Mexico City, C.P. 03800. |
| | b | To the competent authority of (Article 3, *a*)) | Judicial Assistance Officer U.S. Department Of State Office Of Legal Affairs (CA/OCS/L) SA-17 10th Floor 2201, C Street, NW Whasington, D.C. 20522-1710 |
| | c | Names of the case and any identifying number | Case 147/2020 |

6.  Names and addresses of the
    parties and their representa-
    tives (including representa-
    tives in the requested State*)
    (Article 3, *b*))

| | | |
|---|---|---|
| a | Plaintiff | Worldwide Shipping Transportation, S.A. de C.V. NKA Soulistic Group Herz, S.A. de C.V. |
| | Representatives | Jaime Nuno ·45, Col. Guadalupe Inn C.P. 01020 Mexico City |
| b | Defendant | Banco Nacional de México, S.A. Integrante del Grupo Financiero Banamex |
| | Representatives | Enrique Martín García Fernández, Alfonso Loredo Álvarez, Erika de la Rosa Torres, ET AL, Dakota ·245, Col. Nápoles, Alcaldía Benito Juárez, C.P. 03810 Mexico City |
| c | Other parties | N/A |
| | Representatives | N/A |

* Omit if not applicable.

| 7. | a | Nature of the proceedings (divorce, paternity, breach of contract, product liability, etc.) (Article 3, c)) | Commercial Proceedings |
|---|---|---|---|
| | b | Summary of complaint | On October 19 2021, This Court Of Law has Admitted As Evidence a brief to be rendered by the Deutsche Bank Trust Company Americas with regard to a cancelled swift international transfer from the account number ▓▓0833 (C192882OCP111518) for the amount of $5,000.00 USCY. (November 15, 2018) |
| | c | Summary of defence and counterclaim* | The defendant asserts this operation was duly cancelled.By means of the message Swift MT199, Deutsche Bank Trust Company Americas did inform that the money involved had not been released by the issuing bank so that is why it was necessary to cancel the swift instruction MT103 dated November 15, 2018. |
| | d | Other necessary information or documents* | N/A |
| 8. | a | Evidence to be obtained or other judicial act to be performed (Article 3, d)) | An Statement rendered by Deutsche Bank Trust Company Americas with regard to the alleged facts. |
| | b | Purpose of the evidence or judicial act sought | To get an official statement from the Deutsche Bank with regard to the cancellation of the international transfer C192882OCP111518 dated November 15, 2018. |
| 9. | | Identity and address of any person to be examined (Article 3, e))* | Deutsche Bank Trust Company Americas 60 WALL STREET, NEW YORK, NY. 10005 U.S.A. |
| 10. | | Questions to be put to the persons to be examined or statement of the subject-matter about which they are to be examined (Article 3, f))* | To provide an explanation about the cancellation and nullity of the international transfer made throught the swift system of the account number ▓▓0833 on November 15, 2018. Operation details: Reference number C192882OCP111518, Amount $5,000,00 USCY |

* Omit if not applicable.

JUZGADO DECIMO SEGUNDO CIVIL
DE PROCESO ORAL

11. Documents or other property to be inspected (Article 3, *g*))*

NOT APPLICABLE

12. Any requirement that the evidence be given on oath or affirmation and any special form to be used (Article 3, *h*))*

NOT APPLICABLE

13. Special methods or procedure to be followed (e.g. oral or in writing, verbatim, transcript or summary, cross-examination, etc.) (Articles 3, *i*) and 9)*

In Writing

14. Request for notification of the time and place for the execution of the Request and identity and address of any person to be notified (Article 7)*

Yes

15. Request for attendance or participation of judicial personnel of the requesting authority at the execution of the Letter of Request (Article 8)*

No

---

* Omit if not applicable.

ZGADO DÉCIMO SEGUNDO
DE PROCESO ORAL

16. Specification of privilege
or duty to refuse to give
evidence under the law of
the State of origin
(Article 11, *b*))*

N/A

17. The fees and costs incurred
which are reimbursable under
the second paragraph of
Article 14 or under
Article 26 of the Convention
will be borne by*

Banco Nacional de México, S.A., Integrante del
Grupo Financiero Banamex

DATE OF REQUEST

February 21, 2022

SIGNATURE AND SEAL OF THE
REQUESTING AUTHORITY

JUZGADO DÉCIMO SE _____
DE PROCES _____

Erase all entries     Print

---

* Omit if not applicable.

SUPERIOR COURT OF JUSTICE OF THE FEDERAL DISTRICT
[Coat of arms] UNITED MEXICAN STATES

[Logo] PJCDMX – JUDICIAL POWER OF MEXICO CITY
*"2021 Year of the Independence"*

12° CIVIL COURT OF ORAL
PROCEEDINGS
SECRETARIAT "A" FILE
147/2020
OF.

MINISTRY OF FOREIGN AFFAIRS

Following up the written communication dated January twenty-fifth, two thousand two, in relation to preliminary hearing dated October nineteen two thousand twenty-first, I hereby forward to you the letters rogatory that corresponds to **COMMERCIAL ORAL TRIAL**, filed by **WORLDWIDE SHIPPING TRANSPORTATION, S.A. DE C.V. now SOULISTIC GROUP HERZ S.A. DE C.V.** against **BANCO NACIONAL DE MEXICO, S.A. A MEMBER OF GRUPO FINANCIERO BANAMEX**, with file number **147/2020**, thus, I am forwarding you this letters rogatory so that you **may take the necessary measures through the proper consular channels to deliver such letters rogatory to the Department of State of the United States so that they forward it, SO THAT IT IS EXECUTED, to the INTERNATIONAL JUDICIAL ASSISTANCE OFFICE (IAJI)** which address is: ASSISTANCE OFFICER U.S. DEPARTMENT OF STATE OFFICE OF LEGAL AFFAIRS (CA/OCS/L) SA-17, 10TH FLOOR 2201 C STREET, NW WASHINGTON, DC 20522-1710."

Once again, my fondest regards.

**EFFECTIVE SUFFRAGE. NO REELECTION**
**Mexico City, FEBRUARY 04, 2022.**
**THE INTERIM JUDGE OF THE**
**12° CIVIL COURT OF ORAL PROCEEDINGS**
**MS. LUZ EDITH VELARDE BERNAL**

SLL.

**MARCOS TAVERA CASADO**
Expert Translator Authorized by the
Supreme Court of Justice in México City

SUPERIOR COURT OF JUSTICE OF THE
FEDERAL DISTRICT
[Coat of arms] UNITED MEXICAN STATES

*"2022 Year of Ricardo Flores Magon, Precursor of the Mexican Revolution"*
[Logo] PJCDMX – JUDICIAL POWER OF MEXICO CITY

**LETTERS ROGATORY**

| |
|---|
| 12° CIVIL COURT OF ORAL PROCEEDINGS SECRETARIAT "A" FILE 147/2020 OF. |

**MINISTRY OF FOREIGN AFFAIRS OF THE UNITED STATES OF AMERICA AND/OR INTERNATIONAL JUDICIAL ASSISTANCE OFFICE**

In compliance to ruling dated **January twenty-fifth, two thousand twenty-two, in relation to preliminary hearing dated October nineteenth, two thousand twenty-one,** I hereby forward to you this letters rogatory corresponding to **COMMERCIAL ORAL TRIAL,** filed by **WORLDWIDE SHIPPING TRANSPORTATION, S.A. DE C.V. now SOULISTIC GROUP HERZ S.A. DE C.V.** against **BANCO NACIONAL DE MEXICO, S.A. A MEMBER OF GRUPO FINANCIERO BANAMEX,** with file number 147/2020, and if this request is in compliance with the law, please proceed to serve it, and, then, be returned to this Court through the corresponding path, giving you the assurance of our cooperation with you in further similar cases.

Once again, my fondest regards.

**EFFECTIVE SUFFRAGE. NO REELECTION**
Mexico City, FEBRUARY 04, 2022.
**THE INTERIM JUDGE OF THE**
**12° CIVIL COURT OF ORAL PROCEEDINGS**

**JUDGE LUZ EDITH VELARDE BERNAL**

JGP//SLL.

MARCOS TAVERA CASADO
Expert Translator Authorized by the
Supreme Court of Justice in México City

SUPERIOR COURT OF JUSTICE OF THE
FEDERAL DISTRICT
[Coat of arms] UNITED MEXICAN STATES

*"2022 Year of Ricardo Flores Magon, Precursor of the Mexican Revolution"*
[Logo] PJCDMX – JUDICIAL POWER OF MEXICO CITY

MS. **LUZ EDITH VELARDE BERNAL**, INTERIM JUDGE OF THE 12° CIVIL COURT OF ORAL PROCEEDINGS OF THE FEDERAL DISTRICT, HAVING THE HONOR OF ADDRESSING TO THE DEPARTMENT OF STATE OF THE UNITED STATES OF AMERICA AND/OR THE INTERNATIONAL JUDICIAL ASSISTANCE OFFICE:

INFORMING YOU THAT IN THE COURT RECORDS OF **COMMERCIAL TRIAL**, filed by **WORLDWIDE SHIPPING TRANSPORTATION, S.A. DE C.V.** now **SOULISTIC GROUP HERZ S.A. DE C.V.** against **BANCO NACIONAL DE MEXICO, S.A. A MEMBER OF GRUPO FINANCIERO BANAMEX**, WITH FILE NUMBER 147/2020, BEFORE THE ORAL PROCEEDINGS TWELFTH CIVIL COURT LOCATED AT: PATRIOTISMO 230, COLONIA SAN PEDRO DE LOS PINOS, ALCADIA BENITO JUAREZ, PISO 8, MEXICO CITY, C.P. 03800, IN MEXICO CITY, SUCH FILE INCLUDES AMONG OTHER PROCEEDINGS THE FOLLOWING RECORDS AS FOLLOWS TO BE SERVED:

- - - - - - - - - - - - - - - - - - - - - - - - - - EXP.147/2020 - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**PRELIMINARY HEARING RECORD**
File: **147/2020**

In Mexico City, at eleven hundred hours on October nineteenth, two thousand twenty-one, at the Twelfth Oral Courtroom, presided over Interim Judge **LUZ EDITH VELARDE BERNAL**, head of the **12° CIVIL COURT OF ORAL PROCEEDINGS**, the **PRELIMINARY HEARING** corresponding to COMMERCIAL ORAL trial file number **147/2021** filed by **WORLDWIDE SHIPPING TRANSPORTATION, S.A. DE C.V.** now **SOULISTIC GROUP HERZ S.A. DE C.V.** against **BANCO NACIONAL DE MEXICO, S.A. A MEMBER OF GRUPO FINANCIERO BANAMEX** was held; the Judge admitted the evidence consisting of a report issued by the financial institution **DEUTSCHE BANK, MEXICO, S.A. A FULL-SERVICE BANK**, but **DEUTSCHE BANK MEXICO, S.A. A FULL-SERVICE BANK** through official communication 1100 informed it was not able to give a response, informing that **DEUTSCHE BANK TRUST COMPANY AMERICAS is located at WALL STREET, NEW YORK, NEW YORK, 10005, UNITED STATES OF AMERICA.**

And since the non-notarized evidence consisting in a report that the intermediate bank **DEUTSCHE BANK TRUST COMPANY AMERICAS DEUTSCHE BANK MEXICO, S.A. A FULL-SERVICE BANK** shall provide was admitted by BANAMEX, including as follows:

JUZGADO DÉCIMO SEGUNDO CIV
DE PROCESO ORAL

**MARCOS TAVERA CASADO**
Expert Translator Authorized by the
Supreme Court of Justice in México City

THE REASON AND CANCELLATION AND ANNULMENT OF THE INTERNATIONAL WIRE TRANSFERENCE THROUGH THE SWIFT SYSTEM FROM ACCOUNT ████0833 MADE ON NOVEMBER FIFTEENTH, TWO THOUSAND EIGHTEEN WITH REFERENCE NUMBER **C19288 2OCP111518** FOR THE AMOUNT OF USD$5000.00 FIVE THOUSAND DOLLARS 00/100 USD.

- - - - - - - - - - - - - - - - - - - - - - - - RESOLUTION - - - - - - - - - - - - - - - - - - - - - - - - - - -

Mexico City, January twenty-fifth, two thousand twenty-two.

Add up to the court records the memorandum and after reviewing its content we note that it describes the statements of the petitioner, and as requested, make a new letters rogatory which shall meet the requirements establish in the Hague Convention on obtaining evidence overseas, that is: a) The requesting authority and, if possible, the required authority; b) the identity and address of the parties and, as applicable, of their representatives; c) the nature and subject-matter of the instance and a summary description of the facts; d) the acts instructed and other judicial acts to be carried out.  As applicable, the rogatory letters shall also include: e) the names and addresses of the individuals who will be heard; f) the matters to be presented to the individuals who will be heard; g) the documents and other items to be examined; h) the petition to receive the deposition under oath or affirmation and as applicable, the indication of the system to be used; i) the special systems which application is demanded pursuant to article 9.  The rogatory letters shall also mention, if applicable, the necessary references to apply article II.  No legalization or similar formality may be demanded.

Now, as for the addresses mentioned, such information shall be included since the Assistance available in the United States according to the International Conventions for the Notification of Documents and Gathering of Evidence establish that "the requests made through letters rogatory shall be conveyed over diplomatic channels to our office.   The letters rogatory delivered to the Department of State of the United States shall preferably include a presentation letter indicating that the evidence request is required in a civil or commercial matter requesting that the Department of State of the United States forward the letters rogatory to the INTERNATIONAL JUDICIAL ASSISTANCE OFFICE (IAJI) for their execution.  Letters rogatory shall be sent out to the following address: **Judicial Assistance Officer U.S. Department of State Office of Legal Affairs (CA/OCS/L) SA-17, 10th floor 2201 C Street, NW Washington, DC 20522-1710**" as well as "to guarantee the process is efficient and fast, we urge the Requesting Authorities to provide their contact information, preferably provide an email address to which clarification questions may be addressed." Therefore, as a result of the foregoing, make a letters rogatory and make it available to the expert translator referred in the writing provided so that it is duly translated into English.  After that, make it available to the interested party for its duly delivery. **NOTIFY** This was instructed and signed by Interim Judge **LUZ EDITH VELARDE BERNAL**, before the Court Clerk by operation of law Ms. **ANDREA MARTINEZ NUÑEZ** with whom she acts, authorizes and attests.  I attest.

- - - - - - - - - - - - - - - - - Two signatures here. - - - - - - - - - - - - - - - - - -

A) **THE REQUESTING AUTHORITY:** INTERIM JUDGE OF THE TWELFTH CIVIL COURT OF THE FEDERAL DISTRICT

B) **THE REQUIRED AUTHORITY:** JUDICIAL ASSISTANCE OFFICER U.S. DEPARTMENT OF STATE OFFICE OF LEGAL AFFAIRS (CA/OCS/L) SA-17, 10TH FLOOR 2201 C STREET, NW WASHINGTON, DC 20522-1710

C) **IDENTITY AND ADDRESS OF THE PARTIES AND, AS APPLICABLE, OF THEIR REPRESENTATIVES**.

PETITIONER: WORLDWIDE SHIPPING TRANSPORTATION, S.A. DE C.V. NKA SOULISTIC GROUP HERZ S.A. DE C.V.

PETITIONER'S ADDRESS FOR SERVICE OF PROCESS: JAIME NUNO #45 COL. GUADALUPE INN C.P. 01020.

**MARCOS TAVERA CASADO**
Expert Translator Authorized by the
Supreme Court of Justice in Mexico City

**DEFENDANT**: BANCO NACIONAL DE MEXICO, S.A. MIEMBRON DEL GRUPO FINANCIERO BANAMEX. DEFENDANT'S ADDRESS FOR SERVICE OF PROCESS: DAKOTA NO. 265, COLONIA NAPOLES, ALCALDIA BENITO JUAREZ, C.P. 03810, CIUDAD DE MEXICO.

D) **NATURE AND SUBJECT-MATTER OF THE INSTANCE AND SUMMARY DESCRIPTION OF THE FACTS**: ON OCTOBER NINETEENTH, TWO THOUSAND TWENTY-ONE, THE JUDGE PRESIDED OVER A PRELIMINARY HEARING, THE JUDGE ADMITTED EVIDENCE CONSISTING IN A REPORT TO BE PRESENTED BY THE FINANCIAL INSTITUTION DEUTSCHE BANK MEXICO, S.A. A FULL-SERVICE BANK, AND SINCE THROUGH OFFICIAL LETTER 1100 SENT OUT BY DEUTSCHE BANK CONSISTING IN THE REASON AND CANCELLATION AND ANNULLMENT OF INTERNATIONAL WIRE TRANSFERENCE THROUGH THE SWIFT SYSTEM FROM ACCOUNT ▉0833 MADE ON NOVEMBER FIFTEETH TWO THOUSAND EIGHTEENTH WITH REFERENCE NUMBER **C192882OCP111518** IN THE AMOUNT OF USD$5,000.00 FIVE THOUSAND DOLLARS 00/100 USD.

E) **THE NAMES AND ADDRESSES OF THE INDIVIDUALS TO BE HEARD**: DEUTSCHE BANK TRUST COMPANY AMERICAS/ DEUTSCHE BANK MEXICO, S.A. A FULL-SERVICE BANK.  WALL STREET, NEW YORK, NEW YORK, 10005, UNITED STATES OF AMERICA

F) **THE MATTERS TO BE PRESENTED TO THE INDIVIDUALS TO BE HEARD OR THE FACTS ABOUT WHAT THEM ARE TO HEAR**: THE REASON AND CANCELLATION AND ANNULLMENT OF INTERNATIONAL WIRE TRANSFERENCE THROUGH THE SWIFT SYSTEM FROM ACCOUNT ▉0833 MADE ON NOVEMBER FIFTEETH TWO THOUSAND EIGHTEENTH WITH REFERENCE NUMBER **C192882OCP111518** IN THE AMOUNT OF USD$5,000.00 FIVE THOUSAND DOLLARS 00/100 USD.

G) **THE DOCUMENTS OR OTHER ITEMS TO BE EXAMINED.**  NOT APPLICABLE

H) **THE PETITION TO RECEIVE THE DEPOSITION UNDER OATH OR AFFIRMATION AND AS APPLICABLE, THE INDICATION OF THE SYSTEM TO BE USED.** NOT APPLICABLE

I) **THE SPECIAL FORMS WICH USE IS DEMANDED PURSUANT TO ARTICLE 90. THE LETTERS Rogatory shall also mention, if applicable, the references that are necessary to apply article II.** NOT APPLICABLE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

INDIVIDUALS AUTHORIZED BY THE PETITIONER: ERIKA DE LA ROSA TORRES ATTORNEY-IN-FACT OF THE DEFENDANT, ALSO, PURSUANT TO ARTICLE 1069 OF THE COMMERCE CODE.  ENRIQUE MARTIN GARCIA FERNANDEZ, ALFONSO LOREDO ALVAREZ, ISRAEL CARRASCO DIONICIO, ARTURO GOMEZ CAMACHO, PATRICIA MEDINA GOMEZ, JESUS ANTONIO FLORES CORONA, DENISE MARTINEZ ANALCO, RAFAEL MARTINEZ MARCIAL, RUBEN OMAR FLORES FUENTES AND ANGEL MARTINEZ PIMENTEL. FURTHERMORE, FOR THE SERVICE OF PROCESS, RECEIVING DOCUMENTS AND SECURITIES: EDSON RAFAEL LOPEZ BARAJAS, PAULINA ADRIANA FLORES NOGUERON, OSVALDO GARRIDO ESQUIVEL, ISMAEL EMMANUEL MAGOS MEZA, NICOLE RAMIREZ CAMACHO, AXL DANIEL ORTIZ AGUIRRE, JESICA MERARI SANSORES SANCHEZ, AXEL ALEJANDRO OLIVEROZ OSORIO, SAMANTHA DALILA CAMPUZANO FLORES, MARIANA MONTSERRAT LOPEZ CALDERON, DAENIA LOPEZ LEFRANC AND BARBARA YAMILE ALQUICIRA ENRIQUEZ. - - - - in observance OF THE LAW, I REQUEST AND ASK TO YOU THAT AS SOON AS THIS LETTERS ROGATORY REACHES YOU, PLEASE FORWARD IT PURSUANT TO YOUR LAW, GIVING YOU OUR ASSURANCE THAT WE WILL COOPERATE WITH YOU IN SIMILAR CASES AND WHEN YOU WERE REQUIRED TO DO SO.

MARCOS TAVERA CASADO
Expert Translator Authorized by the
Supreme Court of Justice in Mexico City

THIS HAS BEEN ISSUED IN MEXICO CITY ON **FEBRUARY FOURTH, TWO THOUSAND TWENTY-TWO.**
I ATTEST.

THE JUDGE OF THE 12° CIVIL COURT OF ORAL PROCEEDINGS

JUDGE LUZ EDITH VELARDE BERNAL

THE COURT CLERK

MS. ANDREA MARTÍNEZ NÚÑEZ



**Mexico City – February 21, 2022**

The undersigned, MARCOS TAVERA CASADO, Expert English translator duly authorized by the SUPREME COURT OF JUSTICE OF MEXICO CITY (Resolution 16-44/2020 issued by the Judiciary Council of Mexico City), declare that I have been familiar with the English language for approximately 18 years, and hereby certify that, to the best of my knowledge and belief, the foregoing is a faithful, complete and correct translation of the attached document drawn up in the Spanish language.

**MARCOS TAVERA CASADO**

Printed Name, Title and Translator's Professional Address:
**MARCOS TAVERA CASADO**
**Bachelor's Degree in International Business**
**Pedro Moreno #172 Edif.B Depto.406**
**Col. Guerrero C.P.06300 Mexico City**
**Office: (5255) 57051939**





*"2021 Año de la Independencia"*

**SECRETARIA DE RELACIONES EXTERIORES.**
**P R E S E N T E.**

JUZGADO
12° DE LO
CIVIL DE
PROCESO
ORAL
SRIA "A"
EXP.
147/2020

OF.

Por medio del presente y en cumplimiento al proveído de fecha **veinticinco de enero del año dos mil veintidós** en relación con la audiencia preliminar de fecha diecinueve de octubre de dos mil veintiuno, le remito la presente carta rogatoria deducida del **JUICIO ORAL MERCANTIL**, promovido por **WORLDWIDE SHIPPING TRANSPORTATION, S.A. DE C.V. ahora SOULISTIC GROUP HERZ S.A. DE C.V.** en contra de **BANCO NACIONAL DE MÉXICO, S.A. INTEGRANTE DEL GRUPO FINANCIERO BANAMEX**, con número de expediente **147/2020 Le envió la presente carta rogatoria a efecto de que sirva girar las ordenes correspondientes y para que por los conductos consulares debidos haga llegar al Departamento de Estado de EE. UU a su vez este los remita a la OFICINA DE ASISTENCIA JUDICIAL INTERNACIONAL (OIJA) PARA SU EJECUCIÓN** con dirección en ASSISTANCE OFFICER U.S. DEPARTMENT OF STATE OFFICE OF LEGAL AFFAIRS (CA/OCS/L) SA-17, 10TH FLOOR 2201 C STREET, NW WASHINGTON, DC 20522-1710".

Reitero a Usted las seguridades de mi atento y distinguida consideración

SU FRAGIO EFECTIVO, NO REELECCIÓN
Ciudad de México, a 04 de FEBRERO del 2022.
LA C. JUEZ INTERINA DEL JUZGADO
DÉCIMO SEGUNDO CIVIL DE PROCESO ORAL

**LIC. LUZ EDITH VELARDE BERNAL**

S/L



*"2022 Año de Ricardo Flores Magón, Precursor de la Revolución Mexicana"*



PODER JUDICIAL

CARTA ROGATORIA

> JUZGADO 12°
> DE LO CIVIL
> DE PROCESO
> ORAL
>
> SRIA  A
>
> EXP. 147/2020
>
> OF.

**DEPARTAMENTO DE ESTADO DE LOS ESTADOS UNIDOS DE AMERICA Y/O OFICINA DE ASISTENCIA JUDICIAL INTERNACIONAL**

**P R E S E N T E**

Por medio de este conducto y en cumplimiento a lo ordenado en auto de fecha **veinticinco de enero del dos mil veintidós en relación con el audiencia preliminar de fecha diecinueve de octubre de dos mil veintiuno,** me permito remitir a usted la presente carta rogatoria deducida del **JUICIO ORAL MERCANTIL,** promovido por **WORLDWIDE SHIPPING TRANSPORTATION, S.A. DE C.V. ahora SOULISTIC GROUP HERZ S.A. DE C.V.** en contra de **BANCO NACIONAL DE MÉXICO, S.A. INTEGRANTE DEL GRUPO FINANCIERO BANAMEX,** con número de expediente **147/2020,** y en caso de encontrarlo ajustado a derecho proceda a su diligenciación, hecho lo anterior, sea devuelto a este H. Juzgado por los conductos debidos, seguro de mi reciprocidad en casos análogos.

Reitero a Usted la seguridad de mi más atenta consideración y respeto.

**SUFRAGIO EFECTIVO. NO REELECCIÓN**
**México, D. F. a 04 de ENERO del 2022.**
**LA C. JUEZ INTERINA DEL JUZGADO DÉCIMO SEGUNDO DE LO CIVIL DE PROCESO ORAL.**

**LIC. LUZ EDITH VELARDE BERNAL**

JUZGADO DÉCIMO SEGUNDO
DE PROCESO ORAL

JGP//SLL



*2022 Año de Ricardo Flores Magón, Precursor de la Revolución Mexicana"*


PJCDMX
PODER JUDICIAL

LA CIUDADANA LICENCIADA **LUZ EDITH VELARDE BERNAL**, JUEZ INTERINA DEL JUZGADO DÉCIMO SEGUNDO DE LO CIVIL DE PROCESO ORAL DEL DISTRITO FEDERAL, AL DEPARTAMENTO DE ESTADO DE LOS ESTADOS UNIDOS DE AMERICA Y/O OFICINA DE ASISTENCIA JUDICIAL INTERNACIONAL, A QUIEN TENGO EL HONOR DE DIRIGIRME: - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - HAGO SABER - - - - -

QUE EN LOS AUTOS DEL JUICIO **MERCANTIL**, PROMOVIDO POR **WORLDWIDE SHIPPING TRANSPORTATION, S.A. DE C.V. ahora SOULISTIC GROUP HERZ S.A. DE C.V.** EN CONTRA DE **BANCO NACIONAL DE MÉXICO, S.A. INTEGRANTE DEL GRUPO FINANCIERO BANAMEX**, CON NÚMERO DE EXPEDIENTE **147/2020**, ANTE EL JUZGADO DÉCIMO SEGUNDO DE LO CIVIL DE PROCESO ORAL, UBICADO EN: PATRIOTISMO 230, COLONIA SAN PEDRO DE LOS PINOS, ALCALDIA BENITO JUAREZ, PISO 8, CIUDAD DE MÉXICO C.P. 03800, EN LA CIUDAD DE MÉXICO, OBRAN ENTRE OTRAS ACTUACIONES EL SIGUIENTE LOS SIGUIENTES AUTOS A DILIGENCIAR QUE A LA LETRA DICEN, PARA SU DEBIDO CUMPLIMIENTO:-------
------------------------------------EXP.147/2020------------------------------------

### - - - ACTA DE AUDIENCIA PRELIMINAR

Expediente: **147/2020**

En la Ciudad de México, siendo las once horas del día diecinueve de octubre de dos mil veintiuno, en la Décimo Segunda Sala Oral, presidida por el C. Juez Interina **LUZ EDITH VELARDE BERNAL**, titular del **JUZGADO DÉCIMO SEGUNDO DE LO CIVIL DE PROCESO ORAL**, se celebró la **AUDIENCIA PRELIMINAR**, correspondiente al juicio **ORAL MERCANTIL** expediente número **147/2021** seguido por **WORLDWIDE SHIPPING TRANSPORTATION, S.A. DE C.V. ahora SOULISTIC GROUP HERZ, S.A. DE C.V.** contra de **BANCO NACIONAL DE MÉXICO, S.A. INTEGRANTE DEL GRUPO FINANCIERO BANAMEX**, el C. Juez admitió la prueba consistente en el informe que sirva a rendir la institución financiera **DEUTSCHE BANK, MEXICO, S.A. INSTITUCIÓN DE BANCA MULTIPLE**, y toda vez que mediante oficio **1100** remitido por **DEUTSCHE BANK MÉXICO, S.A. INSTITUCIÓN DE BANCA MULTIPLE**, manifestando su imposibilidad para responder el mismo manifestando que **DEUTSCHE BANK TRUST COMPANY AMERICAS** se encuentra ubicado en **WALL STREET, NUEVA YORK NUEVA YORK, 10005, ESTADOS UNIDOS DE AMERICA.**

Y toda vez que se admitió por parte de **BANAMEX** la documental privada consistente en el informe que deberá rendir el Banco intermediario **DEUTSCHE BANK TRUST COMPANY AMERICAS DEUTSCHE BANK MEXICO, S.A. INSTITUCIÓN DE BANCA MULTIPLE**, consistente en:

EL MOTIVO Y LA CANCELACION Y NULIDAD DE LA TRANSFERENCIA INTERNACIONAL MEDIANTE SISTEMA SWIFT DE LA CUENTA ████ 0833, EFECTUADA EL DIA QUINCE DE NOVIEMBRE DE DOS MIL DIECIOCHO CON NÚMERO DE REFERENCIA C192882OCP111518, POR LA CANTIDAD DE USD $5,000.00 CINCO MIL, DOLARES 00/100 MONEDA DE LOS ESTADOS UNIDOS DE AMERICA

- ------------------------------------ACUERDO------------------------------------

**Ciudad de México a veinticinco de enero de dos mil veintidós. -**

Agréguese a sus autos el escrito de cuenta y visto su contenido se tienen por vertidas las manifestaciones que refiere la promovente visto su contenido como lo solicita elabórese nueva carta rogatoria misma que deberá satisfacer los requisitos establecidos en la Convención de la Haya sobre la obtención de pruebas en el extranjero a saber: **a)** La autoridad requirente y, si es posible, la autoridad requerida. **b)** La identidad y dirección de las partes y, en su caso, de sus representantes. **c)** La naturaleza y objeto de la instancia y una exposición sumaria de los hechos. **d)** Los actos de instrucción y otros actos judiciales a realizar. En su caso, la comisión rogatoria contendrá, además: **e)** Los nombres y direcciones de las personas a oír. **f)** Las cuestiones a presentar a las personas a oír o los hechos sobre los que ellas deban ser oídas. **g)** Los documentos u otros objetos a examinar. **h)** La petición a recibir la deposición bajo juramento o con afirmación y en su caso la indicación de la fórmula a utilizar. **i)** Las formas especiales cuya aplicación se demanda conforme al artículo 9o. La comisión rogatoria mencionará también, si ha lugar, las referencias necesarias para la aplicación del artículo II. Ninguna legalización ni formalidad análoga puede ser exigida.

Ahora bien, respecto a los domicilios que refiere deberán integrarse los mismos toda vez que de la Asistencia disponible en los Estados Unidos de conformidad con las Convenciones Internacionales de la Notificación de Documentos y Recopilación de Pruebas establece que "las solicitudes realizadas mediante cartas rogatorias se transmiten vía diplomática a nuestra oficina. Las cartas rogatorias entregadas al Departamento de Estado de EE.UU., deben incluir preferentemente una carta de presentación que indique que la solicitud de pruebas se requiere en un asunto civil o comercial y solicita que el Departamento de Estado de EE.UU., transmita las cartas rogatorias a OIJA para su ejecución. Las cartas rogatorias deben enviarse a la siguiente dirección: **Judicial Assistance Officer U.S. Department of State Office of Legal Affairs (CA/OCS/L) SA-17, 10th Floor 2201 C Street, NW Washington, DC 20522-1710**" así como que "para asegurar un proceso eficiente y rápido, exhortamos a las Autoridades Solicitantes a proporcionar su información de contacto, preferentemente una dirección de correo electrónico, a la cual se puedan enviar consultas de aclaración." Por lo que derivado de lo anterior elabórese la carta rogatoria y póngase a disposición del perito traductor referido en el escrito que se provee, para su respectiva traducción al inglés. Y hecho lo anterior póngase a disposición de la parte interesada para su debida diligenciación. - **NOTIFÍQUESE** Lo proveyó y firma la C. Juez Interina Décimo Segundo de lo Civil de Proceso Oral, Licenciada **LUZ EDITH VELARDE BERNAL**, ante la C. Secretaria de Acuerdos por Ministerio de Ley Licenciada **ANDREA MARTÍNEZ NÚÑEZ** con quien actúa, autoriza y da fe.- Doy Fe.------------------------------------

- - - - - - - - - - - - - - - Dos firmas ilegibles - - - - - - - - - - - - - - -

**A)  LA AUTORIDAD REQUIRENTE:** C. JUEZ INTERINA DEL JUZGADO DÉCIMO SEGUNDO DE LO CIVIL DE PROCESO ORAL DE LA CIUDAD DÉ MÉXICO

**B)  LA AUTORIDAD REQUERIDA:** JUDICIAL ASSISTANCE OFFICER U.S DEPARTMENT OF STATE OFFICE OF LEGAL AFFAIRS (CA/OCS/L) SA-17, 10TH FLOOR 2201 C STREET, NW WASHINGTON, DC 20522, 1710.

**C)  LA IDENTIDAD Y DIRECCIÓN DE LAS PARTES Y, EN SU CASO, DE SUS REPRESENTANTES.**

**ACTOR:** WORLWIDE SHIPPING TRANSPORTATION, S.A. DE C.V. ahora SOULISTIC GROUP HERZ S.A. DE C.V.

DOMICILIO PARA RECIBIR NOTIFICACIONES DE LA PARTE ACTORA: JAIME NUNO #45, COL. GUADALUPE INN C.P. 01020.

**DEMANDADO**: BANCO NACIONAL DE MEXICO, S.A. INTEGRANTE DEL GRUPO FINANCIERO BANAMEX
DOMICILIO PARA RECIBIR NOTIFICACIONES DE LA PARTE DEMANDADA: DAKOTA NÚMERO 265 COLONIA NAPOLES, ALCALDIA BENITO JUREZ, C.P. 03810, CIUDAD DE MÉXICO.

D) **LA NATURALEZA Y OBJETO DE LA INSTANCIA Y UNA EXPOSICIÓN SUMARIA DE LOS HECHOS**: EN DÍA DIECINUEVE DE OCTUBRE DE DOS MIL VEINTIUNO, LA C. JUEZ, SE CELEBRO LA AUDIENCIA PRELIMINAR, LA C. JUEZ ADMITIÓ LA PRUEBA CONSISTENTE EN EL INFORME QUE SIRVA A RENDIR LA INSTITUCIÓN FINANCIERA DEUTSCHE BANK, MEXICO, S.A. INSTITUCIÓN DE BANCA MULTIPLE, Y TODA VEZ QUE MEDIANTE OFICIO 1100 REMITIDO POR DEUTSCHE BANK CONSISTENTE EN EL MOTIVO Y LA CANCELACION Y NULIDAD DE LA TRANSFERENCIA INTERNACIONAL MEDIANTE SISTEMA SWIFT DE LA CUENTA ▓▓▓0833, EFECTUADA EL DIA QUINCE DE NOVIEMBRE DE DOS MIL DIECIOCHO CON NÚMERO DE REFERENCIA **C192882OCP111518**, POR LA CANTIDAD DE USD $5,000.00 CINCO MIL DOLARES 00/100 MONEDA DE LOS ESTADOS UNIDOS DE AMERICA

E) **LOS NOMBRES Y DIRECCIONES DE LAS PERSONAS A OÍR**: DEUTSCHE BANK TRUST COMPANY AMERICAS/ DEUSTSCHE BANK MEXICO, S.A. INSTITUCION DE BANA MULTIPLE 60 WALL STREET, NUEVA YORK NUEVA YOK, 10005, ESTADOS UNIDOS DE AMERICA

F) **LAS CUESTIONES A PRESENTAR A LAS PERSONAS A OÍR O LOS HECHOS SOBRE LOS QUE ELLAS DEBAN SER OÍDAS**: EL MOTIVO Y LA CANCELACION Y NULIDAD DE LA TRANSFERENCIA INTERNACIONAL MEDIANTE SIATEMA SWIFT DE LA CUENTA ▓▓▓0833, EFECTUADA EL DIA QUINCE DE NOVIEMBRE DE DOS MIL DIECIOCHO CON NÚMERO DE REFERENCIA **C192882OCP111518**, POR LA CANTIDAD DE USD $5,000.00 CINCO MIL DOLARES 00/100 MONEDA DE LOS ESTADOS UNIDOS DE AMERICA.

G) **LOS DOCUMENTOS U OTROS OBJETOS A EXAMINAR**. NO APLICA

H) **LA PETICIÓN A RECIBIR LA DEPOSICIÓN BAJO JURAMENTO O CON AFIRMACIÓN Y EN SU CASO LA INDICACIÓN DE LA FORMULA A UTILIZAR**. NO APLICA

I) **LAS FORMAS ESPECIALES CUYA APLICACIÓN SE DEMANDA CONFORME AL ARTÍCULO 9O. LA COMISIÓN** rogatoria mencionará también, si ha lugar, las referencias necesarias para la aplicación del artículo II. NO APLICA

--------------------------------------------------------------------------------
PERSONAS AUTORIZADAS DE LA PARTE DEMANDADA: ERIKA DE LA ROSA TORRES APODERADA DE LA PARTE DEMANDADA, ASI MISMO, EN TERMINOS DEL ARTICULO 1069 DEL CODIGO DE COMERCIO.- ENRIQUE MARTIN GARCIA FERNANDEZ, ALFONSO LOREDO ALVAREZ, ISRAEL CARRASCO DIONICIO, ARTURO GOMEZ CAMACHO, PATRICIA MEDINA GOMEZ, JESUS ANTONIO FLORES CORONA, DENISE MARTINEZ ANALCO, RAFAEL MARTINEZ MARCIAL, RUBEN OMAR FLORES FUENTES Y ANGEL MARTINEZ PIMENTEL, ASI COMO PARA OIR Y RECIBIR NOTIFICACIONES DOCUMENTOS Y VALORES A LOS CC. EDSON RAFAEL LOPEZ BARAJAS, PAULINA ADRIANA FLORES NOGUERON, OSVALDO GARRIDO ESQUIVEL, ISMAEL EMMANUEL MAGOS MEZA, NICOLE RAMIREZ CAMACHO, AXL DANIEL ORTIZ AGUIRRE, JESICA MERARI SANSORES SANCHEZ, AXEL ALEJANDRO OLIVEROZ OSORIO, SAMANTHA DALILA CAMPUZANO FLORES, MARIANA MONTSERRAT LOPEZ CALDERON, DAENIA LOPEZ LEFRANC Y BARBARA YAMILE ALQUICIRA ENRIQUEZ.------------ EN DEBIDO CUMPLIMIENTO, REQUIERO A USTED, Y DE MI PARTE SUPLICO QUE TAN PRONTO COMO LA PRESENTE **CARTA ROGATORIA** POR MEDIO DE CARTA ROGATORIA, ESTE EN SU PODER SE SIRVA MANDARLO DILIGENCIAR EN SUS

TÉRMINOS SEGURO DE MI RECIPROCIDAD EN CASOS ANÁLOGOS Y CUANDO POR USTED FUERE REQUERIDO PARA ELLO.- DADO EN LA CIUDAD DE MÉXICO A LOS **CUATRO DÍAS DEL MES DE FEBRERO  DEL DOS MIL VEINTIDOS.**-------------
-------------------------------------------------------------DOY FE.

C. JUEZ INTERINA DEL JUZGADO DÉCIMO SEGUNDO DE LO CIVIL DE PROCESO ORAL.

LIC. LUZ EDITH VELARDE BERNAL

LA C. SECRETARIA DE ACUERDOS

LIC. ANDREA MARTÍNEZ NÚÑEZ